**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO.: 5:10-CV-91-RLV-DCK**

| | |
|---|---|
| **HERB BALLARD,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **UPS MAIL INNOVATIONS, INC.,** | |
| **Defendant.** | |

   **THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) concerning Glenn G. Patton, filed August 13, 2010. Mr. Patton seeks to appear as counsel *pro hac vice* for Defendant UPS Mail Innovations, Inc.

   Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

   In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Patton is admitted to appear before this court *pro hac vice* on behalf of Defendant UPS Mail Innovations, Inc.


   Signed: August 16, 2010


   David C. Keesler
   United States Magistrate Judge